Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **GARY C. YOUNGS,** | Civil No. 6:16-cv-01601-AC |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $23,241.00 in attorney fees, less Equal Access to Justice ("EAJA") fees already received by counsel in the amount of $8,500.00, for a net cost to the Plaintiff herein of $14,741.00 as full settlement of all attorney fees pursuant to 42 U.S.C. §406(b). Any past-due benefits withheld by the Defendant in anticipation of an

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -          1

order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, PC, less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this order. There are no other costs.

 IT IS SO ORDERED this day of October 21, 2020

          _____
          U.S. ~~District Judge~~/Magistrate Judge

PRESENTED BY:

By: /s/ SHERWOOD J. REESE
   Sherwood J. Reese, OSB #144130
   Of Attorneys for Plaintiff